**Janet M. DEYERBERG, Plaintiff— Appellant,**

v.

**Bob WOODWARD; Tony Kornheiser; The Washington Post Company; Christopher Hitchens; Vanity Fair Magazine, Defendants—Appellees.**

No. 04–1907.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2005.

Decided: May 17, 2005.

Janet M. Deyerberg, Appellant pro se.

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janet M. Deyerberg appeals the district court order dismissing her 42 U.S.C. § 1983 (2000) action for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Deyerberg v. Woodward,* No. CA–04–1118–AW (D. Md. June 17, 2004). We deny Deyerberg's motion for depositions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*